James L. JACK, Plaintiff–Appellant,

v.

A. David ROBINSON, Warden; Janet Terry, Law Library Coordinator; Sergeant Frame, Correctional Officer, Defendants–Appellees.

No. 02–7580.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided March 10, 2003.

James L. Jack, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Lee Jack appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) amended complaint for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jack v. Robinson,* No. CA–00–830–3 (E.D.Va. Sept. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*